# Third District Court of Appeal
## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-715
Lower Tribunal No. 12-2840 SP
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Best American Diagnostic Center, Inc.,
a/a/o Mirlene Sam,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Ft. Lauderdale), for appellee.


Before EMAS, GORDO and BOKOR, JJ.

GORDO, J.

United Automobile Insurance Company, appeals a final summary judgment entered in favor of Best American Diagnostic Center, Inc. We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(A). United Auto argues on appeal that "the identity of the parties" element of collateral estoppel is not met where the assignees and medical providers are identical but the insured or assignor is different. While we recognize that the trial court was without the benefit of our decision in United Auto. Ins. Co. v. Millennium Radiology, LLC, 47 Fla. L. Weekly D175a (Fla. 3d DCA Jan. 12, 2022) at the time judgment was rendered, we nonetheless agree. Accordingly, we reverse and remand.

Reversed and remanded.